JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABAA ALSADI,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　Respondent. | Case No. 2:21-cv-09103-AB-PD<br><br>**JUDGMENT** |

　　Pursuant to the Order Granting Petitioner's Motion to Voluntarily Dismiss the Petition,

　　IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: January 10, 2022

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE